# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 9, 2026

### NO. 03-25-00008-CR

**Ex parte Joshua Hernandez**

**APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE THEOFANIS;**
**CONCURRING OPINION BY JUSTICE TRIANA**

This is an appeal from the order denying habeas corpus relief entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying habeas corpus relief. Therefore, the Court affirms the trial court's order denying habeas corpus relief. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.